

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-21-00383-CR

Zepatrick Lee **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 573322
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

On January 13, 2022, appellant filed a second motion to amend appellant's brief. The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court